# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 1275

VERSUS

IFETAYO FALUSI

**JANUARY 30, 2025**

---

In Re:  Ifetayo Falusi, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 874968.

---

BEFORE:  **PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**WRIT DENIED.**

> **AHP**
> **TPS**
> **CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.